# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CHARLES D. BADER,**

                             **Plaintiff,**

**v.**                                          **Case No.  8:06-cv-2010-T-30TBM**

**CYNTHIA A. BADER,**

                             **Defendant.**
_____/

# <u>ORDER</u>

THIS CAUSE comes before the Court upon Plaintiff's Petition for Writ of Prohibition (Dkt. #1), Plaintiff's Motion to Stay Proceedings (Dkt. #3), and Plaintiff's Motion to Stay (Dkt. #5).  The Court, having considered the petition, motions, and being otherwise advised in the premises, finds that Plaintiff's petition should be dismissed for lack of jurisdiction.

Federal courts are courts of limited jurisdiction.  <u>Kokkonen v. Guardian Life Ins. Co. Of America</u>, 511 U.S. 375, 380-81 (1989).  Federal courts can adjudicate only those cases which the U.S. Constitution and Congress authorize them to adjudicate, basically those involving: diversity of citizenship, a federal question, or cases in which the U.S. is a party.  <u>See id.</u>

Upon a review of Plaintiff's Petition For Writ of Prohibition requesting this Court to bar the Sixth Judicial Circuit from making any further ruling in Plaintiff's state court divorce and/or civil proceedings, the Court concludes that this Court lacks jurisdiction to consider

this matter. No federal question exists under 28 U.S.C. §1331. No diversity jurisdiction exists under 28 U.S.C. §1332(a)(1).

Further, if Plaintiff is dissatisfied with orders or rulings entered by the judiciary of the Sixth Judicial Circuit, then Plaintiff's proper remedy, if any, is to appeal to the Second District Court of Appeal of Florida.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Petition for Writ of Prohibition (Dkt. #1) is DISMISSED for lack of jurisdiction.

2. Plaintiff's Motion to Stay Proceedings (Dkt. #3) is DENIED as moot.

3. Plaintiff's Motion to Stay (Dkt. #5) is DENIED as moot.

4. The Clerk is directed to CLOSE this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on November 21, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-2010.pet writ prohibit 1&3&5.wpd